# UNITED STATES DISTRICT COURT
for the
District of Maryland

___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

LMF/bv   JAN 0 6 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

YAHOO! EMAIL ACCOUNT
phoebeomwega@yahoo.com

Case No. 13 - 2997 WGC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

YAHOO! EMAIL ACCOUNT phoebeomwega@yahoo.com and as further described on Attachment A-1

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B-1.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C. § 2422(a) | persuading, inducing, enticing, or coercing any individual to travel in interstate or foreign commerce to engage in prostitution; |
| 18, U.S.C. § 2423(a) | knowingly transporting an individual under 18 years in interstate commerce to engage in prostitution; |
| 18, U.S.C. § 1591 | persuading, inducing, enticing, or coercing individual to travel in interstate /foreign commerce to engage in prostitution disregard of the fact, that the person has not attained the age of 18 years. |

The application is based on these facts:
See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

SA Margaret Mande, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/19/2013  11:30 a.m.

_____
Judge's signature

City and state: Greenbelt, Maryland

William Connelly Chief United States Magistrate Judge
*Printed name and title*